IN THE CIRCUIT COURT OF COUNTY, ARKANSAS
CIVIL DIVISION

JERRY L. DONALDSON
**Plaintiff(s)**

vs.                                                      No. *CU2016-349*

THE KANSAS CITY SOUTHERN RAILWAY
COMPANY
**Defendant(s)**

SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:**

**The Kansas City Southern Railway Company
c/o The Corporation Company, Agent for Service
124 West Capitol Avenue, Suite 1900
Little Rock, AR 72201**

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

      Lloyd W. "Tre" Kitchens
      The Brad Hendricks Law Firm, P.A.
      500C Pleasant Valley Drive
      Little Rock, Arkansas 72227

If you fail to respond within the applicable time period, judgment by default will be entered against you for the relief demanded in the complaint.

Address of Clerk's Office                                  CLERK OF COURT

Jeannie Pike, Circuit Clerk
501 Ouachita Avenue, Room 207                             DC *Ellen* _____
Hot Springs, AR 71901                                     [Signature of Clerk or Deputy Clerk]

                                         Date: 4-12-16

**EXHIBIT A**

No. _____   This summons is for _____ *(name of Defendant)*.

## PROOF OF SERVICE

☐ I personally delivered the summons and complaint to the individual at _____ _____[place] on _____ [date]; or

☐ I left the summons and complaint in the proximity of the individual by _____ _____ after he/she refused to receive it when I offered it to him/her; or

☐ I left the summons and complaint at the individual's dwelling house or usual place of abode at _____[address] with _____[name], a person at least 14 years of age who resides there, on _____[date]; or

☐ I delivered the summons and complaint to _____[name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____[name of defendant] on _____[date]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

☐ Other [specify]: _____

☐ I was unable to execute service because: _____

_____

My fee is $ ____ .

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____          SHERIFF OF _____ COUNTY, ARKANSAS

By: _____
[Signature of server]

_____
[Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____          By: _____
                             [Signature of server]

_____
[Printed name]

Address: _____

_____

Phone: _____

Subscribed and sworn to before me this date: _____

_____
Notary Public

My commission expires: _____

Additional information regarding service or attempted service:

_____

_____